Abraham Loewenstein, Appellant, v. Theodore

## THIRD DEPARTMENT, NOVEMBER TERM, 1892.

W. Myers, as Comptroller, etc., Respondent. — Order affirmed, with ten dollars costs and the disbursements of the appeal. Opinion by Barrett, J.